In the Matter of the Probate of the Will of ANN E. NICHOLS, Deceased. GEORGE M. NICHOLS, Appellant; MARGARET N. SCOTT, Respondent.

Argued October 6, 1949; decided October 20, 1949.

*John K. Hawkins* for appellant.
*Jack Stanislaw* for respondent.

Order affirmed, with costs payable out of the estate to all parties appearing separately and filing separate briefs. No opinion.

Concur: LOUGHRAN Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.